**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILBUR SCHULER,                         ) | NO. CV 09-2130-JVS(E) |
|                                         ) | |
|         Plaintiff,                      ) | |
|                                         ) | ORDER ADOPTING FINDINGS, |
|     v.                                  ) | |
|                                         ) | CONCLUSIONS AND RECOMMENDATIONS |
| METRO STATE HOSPITAL,                   ) | |
|                                         ) | OF UNITED STATES MAGISTRATE JUDGE |
|         Defendant.                      ) | |
| _____ ) | |

    IT IS ORDERED that: (1) the Report and Recommendation of the
Magistrate Judge is approved and adopted; and (2) Judgment shall be
entered dismissing the action without prejudice.

///

///

///

///

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on the Plaintiff.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: October 8, 2009

7

8

9    _____

10                  JAMES V. SELNA
             UNITED STATES DISTRICT JUDGE