1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WILBUR SCHULER,                    )  NO. CV 09-2130-JVS(E)
                                       )
12           Plaintiff,                )
                                       )
13       v.                            )         JUDGMENT
                                       )
14  METRO STATE HOSPITAL,              )
                                       )
15           Defendant.                )
    _____)
16
17
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
20           DATED:   October 8, 2009
21
22                                       /s/ James V. Selna
23                       _____
                                       JAMES V. SELNA
24                             UNITED STATES DISTRICT JUDGE
25
26
27
28